CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

KATHLEEN E. FINNERTY (SBN: 157638)
KFinn@KFinnertyLaw.com
FINNERTY LAW OFFICES, INC.
3017 Douglas Blvd., Suite 230
Rosevillle, California 95661
Telephone: (916) 783-1644
Attorneys for Defendant
Grimmergas, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br><br>    Plaintiff,<br><br>  v.<br><br>GRIMMERGAS, INC., a California Corporation<br><br>    Defendant. | Case: 3:21-cv-00269-TSH<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 21, 2021                    CENTER FOR DISABILITY ACCESS

                                       By: /s/ Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff

Dated: May 21, 2021                    FINNERTY LAW OFFICES, INC

                                       By: /s/ Kathleen E. Finnerty
                                           Kathleen E. Finnerty
                                           Attorneys for Defendant
                                           Grimmergas, Inc.

**SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Kathleen E. Finnerty, counsel for Grimmergas, Inc., and that I have obtained Ms. Finnerty's authorization to affix her electronic signature to this document.

Dated: May 21, 2021                CENTER FOR DISABILITY ACCESS

                                   By: /s/ Amanda Seabock
                                       Amanda Seabock
                                       Attorneys for Plaintiff